# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00049-CV

### In re Hyde Park Baptist Church

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator Hyde Park Baptist Church has filed a petition for writ of mandamus and an unopposed emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's discovery order dated November 29, 2022, pending further order of this Court. *See id*. 52.10(b). The Court orders the real parties in interest to file a response to the petition for writ of mandamus on or before February 17, 2023.

It is ordered on January 31, 2023.

Before Justices Baker, Kelly, and Smith